IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL COOPER,** | : | **Civ. No. 1:21-CV-01440** |
| **Plaintiff,** | : | |
| v. | : | |
| **COUNTY OF YORK o/a YORK COUNTY PRISON,** | : | |
| **Defendant.** | : | **Judge Sylvia H. Rambo** |

# O R D E R

**AND NOW**, this 2nd day of June, 2022, in accordance with the accompanying memorandum, **IT IS HEREBY ORDERED** that Defendant County of York o/a York County Prison's motion to dismiss (Doc. 5) is **GRANTED** in part as follows: Plaintiff Michael Cooper's FMLA interference claim is **DISMISSED** without prejudice to his right to amend the complaint within 30 days of the date of this order.

*/s/ Sylvia H. Rambo*
SYLVIA H. RAMBO
United States District Judge