IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHAEL COOPER,** | : Civil No. 21-CV-01440 |
| **Plaintiff,** | : |
| v. | : |
| **COUNTY OF YORK O/A YORK COUNTY PRISON,** | : |
| | : Judge Sylvia H. Rambo |
| **Defendant.** | : |

# O R D E R

**AND NOW**, this 17th day of January, 2024, upon consideration of Defendant's motion for summary judgment (Doc. 25), and in accordance with the accompanying memorandum, **IT IS HEREBY ORDERED** as follows:

1. Defendant's motion for summary judgment is **GRANTED** on **COUNT I** as to claims other than ADA Retaliation; and **DENIED** on **COUNT I** as to the claim for ADA Retaliation;

2. **GRANTED** on **COUNT II;**

3. **GRANTED** on **COUNT III;**

4. **GRANTED** on **COUNT IV** as to claims other than PHRA Retaliation; and **DENIED** on **COUNT IV** as to the claim for PHRA Retaliation;

5. **GRANTED** on **COUNT V**.
**IT IS SO ORDERED.**

/s/*Sylvia H. Rambo*
SYLVIA H. RAMBO
United States District Judge

Dated: January 17, 2024